# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **24–10137 – DER**    Chapter: **7**    Adversary No.: **24–00060**

**Carolyn Yvonne Williams–Jackson**
Debtor

**Maryland Department of Labor**
Plaintiff

vs.

**Carolyn Yvonne Williams–Jackson**
Defendant

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Carolyn Yvonne Williams–Jackson

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 4/19/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Busayo Adu–Bakare

cc:   Plaintiff

Attorney for Plaintiff – Lindsey Joy Parker

Defendant

Attorney for Defendant – PRO SE

clkdflt (08/2006) – *BusayoAduBakare*